(April 9, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT E. LAMB,

Petitioner, v WILLIAM S. WERT, as Sheriff of Montgomery County, Respondent.—Application for writ of habeas corpus seeking bail reduction denied as insufficient on its face. Petitioner may renew his application upon papers which comply with the provisions of CPLR 7002 (subd [c]), including therein information relevant to the bail criteria set forth in CPL 510.30 (subd 2). Greenblott, J. P., Sweeney, Kane, Main and Larkin, JJ., concur.